JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEJANDRO GARCIA VENEGAS,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC,<br><br>Defendant. | Case No.: CV 23-2806-DMG (Ex)<br><br>**ORDER RE DISMISSAL OF ACTION WITH PREJUDICE [26]** |

Based upon the parties' stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the above-captioned action is dismissed in its entirety as to all defendants with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter. All scheduled dates and deadlines are VACATED.

DATED: November 15, 2023

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE